UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

HAKEEM COX,

                Plaintiff,

-against-                        25-CV-7067 (LTS)

RIKERS ISLAND DOC; BOB BARKER COMPANY INC.,        ORDER OF DISMISSAL

                Defendants.

LAURA TAYLOR SWAIN, Chief United States District Judge:

By order dated September 5, 2025, the Court directed Plaintiff, within thirty days, to submit a completed request to proceed *in forma pauperis* ("IFP application") and prisoner authorization or pay the $405.00 in fees required to file a civil action in this court. That order specified that failure to comply would result in dismissal of the complaint. Plaintiff filed an IFP application, but he has not filed a prisoner authorization. Accordingly, the complaint is dismissed without prejudice. *See* 28 U.S.C. §§ 1914, 1915.

The Court certifies under 28 U.S.C. § 1915(a)(3) that any appeal from this order would not be taken in good faith, and therefore IFP status is denied for the purpose of an appeal. *Cf. Coppedge v. United States*, 369 U.S. 438, 444-45 (1962) (holding that an appellant demonstrates good faith when he seeks review of a nonfrivolous issue).

The Court directs the Clerk of Court to enter judgment in this case.

SO ORDERED.

Dated:   November 10, 2025
           New York, New York

                                                /s/ Laura Taylor Swain
                                                  LAURA TAYLOR SWAIN
                                                Chief United States District Judge