UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

HAKEEM COX,

                Plaintiff,

-against-

RIKERS ISLAND DOC; BOB BARKER COMPANY INC.,

                Defendants.

25-cv-7067 (LTS)

CIVIL JUDGMENT

For the reasons stated in the November 10, 2025, order, the complaint is dismissed without prejudice.

The Court certifies under 28 U.S.C. § 1915(a)(3) that any appeal from the Court's judgment would not be taken in good faith.

SO ORDERED.

Dated:   November 12, 2025
            New York, New York

                                        /s/ Laura Taylor Swain
                                          LAURA TAYLOR SWAIN
                                    Chief United States District Judge